UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:04CR-100-H

UNITED STATES OF AMERICA                                                                             PLAINTIFF

V.

ANTOINE D. BURKS                                                                                   DEFENDANT

**MEMORANDUM AND ORDER**

       Defendant, Antoine D. Burks, has moved for judgment of acquittal and for a new trial. The factual grounds supporting each motion are similar.

       Defendant's primary contention is that the evidence was insufficient to support a conviction. The Court is familiar with the evidence in this case and the problems with it. It is certainly true that certain evidence or the lack of it supported acquittal. On the other hand, much circumstantial evidence supported conviction. The key testimony was that of Steve Holland, who no doubt has earned the description of a "drug using, lying, convicted felon" by his past behavior. Nevertheless, the jury was entitled to consider and believe his testimony on the occasion of this trial. Together with the other circumstantial evidence corroborating it, Holland's testimony certainly was enough for a jury to find guilt beyond a reasonable doubt. Though Defendant's counsel made powerful arguments to the contrary, the jury choose to accept enough of Mr. Holland's testimony as corroborated by the circumstantial evidence to find guilt. The Court does not see an evidentiary basis for overturning the jury's unanimous verdict.

       Defendant raises some question about the Court's response to a note from the jury. The Court has a good recollection of the discussions. All parties were consulted. The Court's

answer was appropriate and relatively neutral. Absolutely no prejudice or improper direction could have resulted from it.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for a new trial is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for a judgment of acquittal notwithstanding the verdict is DENIED.

cc:   Counsel of Record